# Court of Appeals
# of the State of Georgia

ATLANTA,   May 13, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0354.  RAY NELSON v. THE STATE.**

Ray Nelson was convicted of four counts of aggravated assault and kidnapping with bodily injury, and this Court affirmed his convictions.  See *Nelson v. State*, 278 Ga. App. 548 (629 SE2d 410) (2006).  Nelson filed an extraordinary motion for new trial, which the trial court denied on December 3, 2012.  Nelson filed his application for discretionary appeal on March 26, 2014.  We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Nelson filed his application more than a year after entry of the order he seeks to appeal.  Therefore, his application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 05/13/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*